# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**SHEILA PATTON**　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　No. 3:14-cv-146-DPM

**PLS CAPITAL GROUP, INC. and**
**BRIAN C. MILES**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Sheila Patton shall have judgment against PLS Capital Group, Inc. for $3,900.00. Post-judgment interest will accrue at 0.27 % per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)-(b).

_____
D.P. Marshall Jr.
United States District Judge

31 December 2014