# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SHEILA PATTON                                              PLAINTIFF

v.                          No. 3:14-cv-146-DPM

PLS CAPITAL GROUP, INC. and
BRIAN C. MILES                                             DEFENDANTS

## ORDER

Motion to compel, № 15, granted as modified. PLS Capital Group must respond in full to Patton's discovery by 24 April 2015. All objections, except attorney-client privilege, have been waived. The Court orders Patton to serve this Order on PLS Capital Group by email, facsimile, and U.S. Mail (return receipt required), and file proof of service by 24 April 2015.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 April 2015