IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHEILA PATTON                                                                    PLAINTIFF

v.                                        No. 3:14-cv-146-DPM

PLS CAPITAL GROUP, INC.                                                 DEFENDANT

## ORDER

For the reasons stated on the record at the 18 August 2015 hearing, the Order to show cause, № 19, is discharged. The Court sanctions PLS Capital Group, Inc. pursuant to FED. R. CIV. P. 37(a)(5)(A) for not responding to discovery in a diligent and timely manner. By 28 August 2015, Patton must file a list of out-of-pocket expenses incurred to get the discovery responses. The Court will award a reasonable amount in due course.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2015