IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHEILA PATTON                                                              PLAINTI

v.                          No. 3:14-cv-146-DPM

PLS CAPITAL GROUP, INC.; and
BRAIN C. MILES                                                            DEFENDANTS

### ORDER

Patton submitted her itemized bill of costs, № 24, for $627.57. The Court notes and appreciates the use of airline miles to reduce Patton's out-of-pocket expenses. The amount is reasonable. PLS must pay it. FED. R. CIV. P. 37(a)(5)(A).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 September 2015